## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**PATRICK E. COOPER**                                                    **PETITIONER**
**#250802**

### CASE NO.  4:25-cv-00493-BSM

**UNITED STATES MARSHAL SERVICE**
**and ERIC HIGGINS, Sheriff**                                           **RESPONDENT**

## <u>ORDER</u>

Having reviewed the record, United States Magistrate Judge Joe Volpe's proposed findings and recommendations [Doc. No. 5] are adopted and Patrick Cooper's petition for writ of habeas corpus [Doc. No. 1] is denied.

IT IS SO ORDERED this 23rd day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE