IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PATRICK E. COOPER**                                                                    **PETITIONER**
**#250802**

CASE NO.  4:25-cv-00493-BSM

**UNITED STATES MARSHAL SERVICE**
**and ERIC HIGGINS, Sheriff**                                                         **RESPONDENT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 23rd day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE